FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

06 MAR 31  PM 4: 03

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Case No.: 2:06-cv-171-FTM-29DNF

TRACT J46-15, 5.0 ACRES OF LAND, MORE OR LESS IN COLLIER COUNTY, FLORIDA, WILLIAM E. HART (DECEASED), DELL HART, IF LIVING, BUT IF DECEASED, DELL HART (DECEASED) AND THE UNKNOWN HEIRS AND DEVISEES OF DELL HART, ET AL.,

    Defendants.
_____/

## COMPLAINT IN CONDEMNATION
## PURSUANT TO DECLARATION OF TAKING

This is a civil action brought by the Plaintiff, United States of America, at the request of the United States Department of Interior, National Park Service, for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest. In support of this action the Plaintiff alleges the following:

    1.    The authority for taking the property ("Property") and the public use for which the Property is to be taken are set forth in Schedule A of the Declaration of Taking which is attached and incorporated herein.

    2.    A description of the Property and the estate being taken in the Property are set forth in Schedule B, which is attached and incorporated herein.

Complaint in Condemnation Pursuant to Declaration of Taking
Case No. 2:06-CV-___-FTM-
Page 2

3. In addition to the named Defendants, the persons, firms and corporations known to the Plaintiff to have or claim an interest in the Property are set forth in Schedule C of the Declaration of Taking, which is attached and incorporated herein, and are hereby joined as Defendants. In the event that any of these joined Schedule C Defendants are deceased, the unknown heirs and devisees of such deceased Defendants are joined as Defendants.

4. In addition to the named Defendants and the persons named on Schedule C of the Declaration of Taking, there are or may be others who have or may claim some interest in the Property, whose names are unknown to the Plaintiff. Such persons are joined as Defendants under the designation "Unknown Owners."

5. A plat showing the Property is attached as Schedule D and is incorporated herein.

6. Local and State taxing authorities may have or claim an interest in the Property by reason of taxes and assessments due and exigible.

7. All Defendants are joined to the end that all right, title, interest and estate of all said Defendants in and to the Property, to the extent set forth in the Declaration of Taking, will be divested out of them and vested in Plaintiff.

**WHEREFORE**, the Plaintiff demands judgment condemning the Property, ascertaining and awarding just compensation for the taking, and ordering such other relief as may be lawful and proper.

**PAUL I. PEREZ**
United States Attorney

By: *[signature]*

**Mark A. Steinbeck**
Assistant U.S. Attorney
Florida Bar No. 913431
United States Courthouse
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone:   (239) 461-2200
Facsimile:   (239) 461-2219
Email:Mark.Steinbeck@usdoj.gov
